# MINUTES OF A SPECIAL MEETING OF THE BOARD OF DIRECTORS
## OF
### RIVER HAWK AVIATION, INC.

#### May 16, 2011

A meeting of the Board of Directors of River Hawk Aviation, Inc., a Nevada corporation, was held telephonically pursuant to notice on May 16, 2011. Present were Messrs. Calvin Humphrey, Roger Larreur, Mike Opheim, ~~Fred Breedan~~, constituting a majority of the Board and a quorum for the transaction of business. Also present by invitation were Brian Humphrey, Vice President, Richard M. Mitchell, Esq. and Geoffrey T. Chalmers, Esq., counsels for the Company.

Mr. Humphrey acted as Chairman and kept the minutes.

Mr. Humphrey presented a summary of the financial condition of the Company. He and Brian Humphrey also summarized the course of negotiations with various creditors of the Company, including the City of Hickory and holders of the RBC Note and the BB&T Note. He stated that, given the financial condition of the Company, pressure from creditors for payment and the Company's inability to pay its obligations as they came due, on advice of counsel he and other members of the management team had concluded that the only alternative was for the Company and its subsidiaries to seek the protection of the bankruptcy court if the Company had any chance of survival as a going concern and repaying its creditors.

At the request of the Chairman, Mr. Mitchell presented a description of a Chapter 11 bankruptcy proceeding and the likely procedures and consequences for the Company.

Whereupon, after a full discussion and upon motion duly made and seconded, the following resolutions were adopted by majority vote of those Directors present:

RESOLVED:  That River Hawk Aviation, Inc. and its subsidiaries file a petition or petitions for reorganization pursuant to Chapter 11 of Title 11 of the Unites States Bankruptcy Code and pursue the proceedings to a complete resolution; and

FURTHER
RESOLVED:  That Calvin Humphrey and/or one or more other appropriate officers of the Company be and he or she is hereby authorized to file the petition(s) on behalf of the Company and subsidiaries and to do all such other and further acts and things as, on advice of counsel, as may be necessary or desirable to carry out the purposes of the foregoing resolution.

There being no further business to come before the meeting it was, on motion duly made and seconded, adjourned.

Calvin Humphrey, Secretary

River Hawk Aviation, Inc.
3103 9th Avenue Dr., NW
Hickory, NC 28601


Richard M. Mitchell
Mitchell & Culp PLLC
1001 Morehead Square Drive, St
Charlotte, NC 28203


Aerologistics Investment Part.
Attn: Mike Humphrey
3103 9th Ave Dr., NW
Hickory, NC 28601


Aerologistics Investment Part.
Attn: Mike Humphrey
3103 9th Ave. Dr. NW
Hickory, NC 28601


Aerologistics Investment Part.
Attn: Mike Humphrey
3103 9th Ave. Drive, NW
Hickory, NC 28601


ASZ Capital
c/o Diane Uryasz
3000 Arbordale Dr.
Travers City, MI 49685


NC Dept. of Revenue
P.O. Box 1168
Raleigh, NC 27602-1168


Bloomberg, LP
499 Park Avenue
New York, NY 10022


Business Wire
40 East 52nd St.
New York, NY 10022

Calvin Humphrey
24734 Bogey Ridge
San Antonio, TX 78258


Carol Smith
2975 Ramblewood Rd.
Granite Falls, NC 28630


Carrol Smith
2975 Ramblewood Rd.
Granite Falls, NC 28630


Chesscom Consultants
c/o Thomas K. Jolitz
417 Barlow St.
Travers City, MI 49686


City County Tax Coll.
Collection Division
P.O. Box 31637
Charlotte, NC 28231


Colbie Pacific Capital
10621 Bloomfield, St. 31
Los Alamitos, CA 90720


DHL
1210 South Pine Island Rd.
4th Floor
Plantation, FL 33324


ECI Holdings Trust
Attn: Wm. M. Conklin, Trustee
10127 E. Grandview Ct.
Travers City, MI 49684


Executive Air Limited
Attn: John Ackie
c/o Fred Devore
1321 E. Morehead St.
Charlotte, NC 28204

Fiesta Airline Holdings
Attn: Steven Hintsala
417 Barlow St.
Travers City, MI 49686


Financial Relations Board
304 Park Avenue, So.
New York, NY 10010


Global Developments
Attn: Daniel Baxter
1960 - 143 St.
Surrey,British Columbia V4A7Z2
Canada


I.R.S.
Special Procedures
320 Federal Pl.
Room 335
Greensboro, NC 27401


I.R.S.
P.O. Box 21126
Philadelphia, PA 19114


Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114-0326


Ivan Figueroa
c/o Peter J. Porrata
Capital Center, S. Tower #602
239 Arterial Hostos Avenue
San Juan, PR 00918-1476


Joan Jolitz
417 Barlow St.
Traverse City, MI 49686


Nall & Miller, LLP
235 Peachtree St. NE
Suite 1500
North Tower
Atlanta, GA 30303-1401

NC Department of Revenue
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168


Nordar Ventures, LLC
43 Corbin Dr.
Darien, CT 06820


Office Ventures, LLC
954 Business Park Dr.
Traverse City, MI 49686


Rhonda Witkop
8128 Worden Rd.
Beulah, MI 49617-9784


Richard Girouard
Attn: Tim Butler
43 Corbin Dr.
Darien, Connecticut 06820


Richard Girouard
Attn: Tim Butler
43 Corbin Dr.
Darlen, Conn. 06820


Robert Scott
954 Business Park Dr., #4
Travers City, MI 49686


Roger Larreur
9898 Brightwater Dr.
Fishers, IN 46038


Sky Vantage
5526 West 13400 So., #207
Herriman, UT 84096

```
Southland Holding Corp.
Attn: Tom Jolitz
417 Barlow St.
Traverse City, MI 49686


Steven Hinstsala
417 Barlow St.
Travers City, MI 49686


The Otto Law Group, PLLC
Attn: David Otto Trade
601 Union St.
Suite 4500
Seattle, WA 98101

Thomas C. Cook, LTD
500 N. Rainbow Blvd., #300
Las Vegas, NV 89107


Tom Jolitz
417 Barlow St.
Traverse City, MI 49686


US Attorney's Office
227 W. Trade St.
17th Fl.
Charlotte, NC 28202


US Bankruptcy Adm.
402 W. Trade St.
Room 200
Charlotte, NC 28202-1669


UTMI, Inc.
6472 S. Straits Hwy.
Indian River, MI 49749


WS Holdings
c/o Rhonda Witkop
8128 Worden Rd.
Beulah, MI 49617-9784
```

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF NORTH CAROLINA
#### WILKESBORO DIVISION

In re: **River Hawk Aviation, Inc.**

Case No. _____

**Debtor**

Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors,  consisting of **5** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:  **5/18/2011**

Signed: **s/ Calvin Humphrey**
**Calvin Humphrey**

Signed:

**Richard M. Mitchell**
Attorney for Debtor(s)
Bar no.:     **3034**
**Mitchell & Culp PLLC**
**1001 Morehead Square Drive, Ste. 330**
**Charlotte, NC 28203**
Telephone No.:     **(704) 333-0630**
Fax No.:     **(704) 333-4975**
 E-mail address:

| United States Bankruptcy Court<br>Western District of North Carolina<br>Wilkesboro Division | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**River Hawk Aviation, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**formerly Viva International, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): **22-3537927** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. or (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**3103 9th Avenue Dr., NW**<br>**Hickory, NC**<br>ZIP CODE **28601** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Catawba** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**3103 9th Avenue Dr., NW**<br>**Hickory, NC**<br>ZIP CODE **28601** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**3103 9th Avenue Dr., NW, Hickory, NC** | ZIP CODE **28601** |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.) | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."    ☑ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>Check all applicable boxes<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**River Hawk Aviation, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:  **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X  **Not Applicable** _____<br>    Signature of Attorney for Debtor(s)        Date |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐  Yes, and Exhibit C is attached and made a part of this petition.<br>☑  No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐  There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.<br><br>☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord)<br><br>☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **River Hawk Aviation, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
   Signature of Debtor

X **Not Applicable**
   Signature of Joint Debtor

   Telephone Number (If not represented by attorney)

   Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
   (Signature of Foreign Representative)

   (Printed Name of Foreign Representative)

   Date

### Signature of Attorney

X _____
   Signature of Attorney for Debtor(s)

   **Richard M. Mitchell  Bar No.  3034**
   Printed Name of Attorney for Debtor(s) / Bar No.

   **Mitchell & Culp PLLC**
   Firm Name

   **1001 Morehead Square Drive, Ste. 330 Charlotte, NC 28203**
   Address

   **(704) 333-0630**     **(704) 333-4975**
   Telephone Number

   **5/18/2011**
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X **Not Applicable**

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **s/ Calvin Humphrey**
   Signature of Authorized Individual

   **Calvin Humphrey**
   Printed Name of Authorized Individual

   **Secretary**
   Title of Authorized Individual

   **5/18/2011**
   Date

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### Western District of North Carolina
#### Wilkesboro Division

In re **River Hawk Aviation, Inc.**                              ,   Case No. _____

                        Debtor                                        Chapter   **11**   _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **Southland Holding Corp.**<br>**Attn: Tom Jolitz**<br>**417 Barlow St.**<br>**Traverse City, MI 49686** | **Tom Jolitz**<br>**206-262-9545**<br>**Southland Holding Corp.**<br>**Attn: Tom Jolitz**<br>**417 Barlow St.**<br>**Traverse City, MI 49686** | **Trade** | **DISPUTED** | **$767,714.81** |
| **The Otto Law Group, PLLC**<br>**Attn: David Otto Trade**<br>**601 Union St.**<br>**Suite 4500**<br>**Seattle, WA 98101** | **David Otto Trade**<br>**206-262-9545**<br>**The Otto Law Group, PLLC**<br>**Attn: David Otto Trade**<br>**601 Union St.**<br>**Suite 4500**<br>**Seattle, WA 98101** | | **DISPUTED** | **$568,210.37** |
| **Colbie Pacific Capital**<br>**10621 Bloomfield, St. 31**<br>**Los Alamitos, CA 90720** | **Account Receivable**<br>**562-430-0110**<br>**Colbie Pacific Capital**<br>**10621 Bloomfield, St. 31**<br>**Los Alamitos, CA 90720** | **Trade** | **DISPUTED** | **$535,543.27** |
| **Executive Air Limited**<br>**Attn: John Ackie**<br>**c/o Fred Devore**<br>**1321 E. Morehead St.**<br>**Charlotte, NC 28204** | **John Ackie**<br>**704-377-5242**<br>**Executive Air Limited**<br>**Attn: John Ackie**<br>**c/o Fred Devore**<br>**1321 E. Morehead St.**<br>**Charlotte, NC 28204** | **Trade** | **DISPUTED** | **$180,000.00** |
| **Chesscom Consultants**<br>**c/o Thomas K. Jolitz**<br>**417 Barlow St.**<br>**Travers City, MI 49686** | | | **DISPUTED** | **$109,847.72** |
| **WS Holdings**<br>**c/o Rhonda Witkop**<br>**8128 Worden Rd.**<br>**Beulah, MI 49617-9784** | | **Trade** | **DISPUTED** | **$82,908.41** |

B4 (Official Form 4) (12/07)4 -Cont.

In re  **River Hawk Aviation, Inc.** _____ ,  Case No. _____

Debtor

Chapter  **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **ECI Holdings Trust**<br>**Attn: Wm. M. Conklin, Trustee**<br>**10127 E. Grandview Ct.**<br>**Travers City, MI 49684** | | **Trade** | **DISPUTED** | **$82,862.97** |
| **Tom Jolitz**<br>**417 Barlow St.**<br>**Traverse City, MI 49686** | | **Trade** | **DISPUTED** | **$64,837.28** |
| **Global Developments**<br>**Attn: Daniel Baxter**<br>**1960 - 143 St.**<br>**Surrey,British Columbia V4A7Z2**<br>**Canada** | **Daniel Baxter**<br>**604-377-5714**<br>**Global Developments**<br>**Attn: Daniel Baxter**<br>**1960 - 143 St.**<br>**Surrey,British Columbia V4A7Z2**<br>**Canada** | **Trade** | **DISPUTED** | **$50,000.00** |
| **Financial Relations Board**<br>**304 Park Avenue, So.**<br>**New York, NY 10010** | | **Trade** | **DISPUTED** | **$13,750.78** |
| **ASZ Capital**<br>**c/o Diane Uryasz**<br>**3000 Arbordale Dr.**<br>**Travers City, MI 49685** | | **Trade** | **DISPUTED** | **$8,512.60** |
| **Thomas C. Cook, LTD**<br>**500 N. Rainbow Blvd., #300**<br>**Las Vegas, NV 89107** | | **Trade** | **DISPUTED** | **$8,475.00** |

B4 (Official Form 4) (12/07)4 -Cont.

In re **River Hawk Aviation, Inc.** , Case No. _____

Debtor Chapter **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **Fiesta Airline Holdings**<br>**Attn: Steven Hintsala**<br>**417 Barlow St.**<br>**Travers City, MI 49686** | | **Trade** | **DISPUTED** | **$7,385.00** |
| **Nall & Miller, LLP**<br>**235 Peachtree St. NE**<br>**Suite 1500**<br>**North Tower**<br>**Atlanta, GA 30303-1401** | | **Trade** | **DISPUTED** | **$6.810.00** |
| **Bloomberg, LP**<br>**499 Park Avenue**<br>**New York, NY 10022** | **Customer Service**<br>**212-318-2000**<br>**Bloomberg, LP**<br>**499 Park Avenue**<br>**New York, NY 10022** | **Trade** | **DISPUTED** | **$6,375.00** |
| **Business Wire**<br>**40 East 52nd St.**<br>**New York, NY 10022** | **Customer Service**<br>**212-752-9600**<br>**Business Wire**<br>**40 East 52nd St.**<br>**New York, NY 10022** | **Trade** | **DISPUTED** | **$5,700.00** |
| **Rhonda Witkop**<br>**8128 Worden Rd.**<br>**Beulah, MI 49617-9784** | | **Trade** | **DISPUTED** | **$3,260.46** |
| **DHL**<br>**1210 South Pine Island Rd.**<br>**4th Floor**<br>**Plantation, FL 33324** | **Customer Service**<br>**DHL**<br>**1210 South Pine Island Rd.**<br>**4th Floor**<br>**Plantation, FL 33324** | **Trade** | **DISPUTED** | **$2,451.35** |

B4 (Official Form 4) (12/07)4 -Cont.

In re **River Hawk Aviation, Inc.** _____ , Case No. _____

Debtor                                            Chapter  **11**  _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| **Steven Hinstsala**<br>**417 Barlow St.**<br>**Travers City, MI 49686** | | **Trade** | **DISPUTED** | **$2,436.56** |
| **Sky Vantage**<br>**5526 West 13400 So., #207**<br>**Herriman, UT 84096** | | **Trade** | **DISPUTED** | **$1.270.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Calvin Humphrey, Secretary of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date: **5/18/2011** _____          Signature:   **s/ Calvin Humphrey** _____

                                                        **Calvin Humphrey ,Secretary** _____
                                                        (Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

B6F (Official Form 6F) (12/07)

In re   **River Hawk Aviation, Inc.**                                    Case No. _____
_____
                          Debtor                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Aerologistics Investment Part.** <br> **Attn: Mike Humphrey** <br> **3103 9th Ave Dr., NW** <br> **Hickory, NC 28601** | | | **Insider** | | | | **2,816,329.76** |
| ACCOUNT NO. <br><br> **Aerologistics Investment Part.** <br> **Attn: Mike Humphrey** <br> **3103 9th Ave. Dr. NW** <br> **Hickory, NC 28601** | | | **Insider** | | | | **525,000.00** |
| ACCOUNT NO. <br><br> **Aerologistics Investment Part.** <br> **Attn: Mike Humphrey** <br> **3103 9th Ave. Drive, NW** <br> **Hickory, NC 28601** | | | **Insider** | | | | **21,284.83** |
| ACCOUNT NO. <br><br> **ASZ Capital** <br> **c/o Diane Uryasz** <br> **3000 Arbordale Dr.** <br> **Travers City, MI 49685** | | | **Dispute** | | | X | **8,512.60** |
| ACCOUNT NO. <br><br> **Bloomberg, LP** <br> **499 Park Avenue** <br> **New York, NY 10022** | | | **Dispute** | | | X | **6,375.00** |

<u>7</u>   Continuation sheets attached

Subtotal ➤ $     **3,377,502.19**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **River Hawk Aviation, Inc.**                          Case No. _____
                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | X | 5,700.00 |
| **Business Wire**<br>**40 East 52nd St.**<br>**New York, NY 10022** | | | Dispute | | | | |
| ACCOUNT NO. | | | | | | | 84,341.81 |
| **Calvin Humphrey**<br>**24734 Bogey Ridge**<br>**San Antonio, TX 78258** | | | Insider | | | | |
| ACCOUNT NO. | | | | | | | 236,475.90 |
| **Calvin Humphrey**<br>**24734 Bogey Ridge**<br>**San Antonio, TX 78258** | | | Insider | | | | |
| ACCOUNT NO. | | | | | | | 109,000.00 |
| **Calvin Humphrey**<br>**24734 Bogey Ridge**<br>**San Antonio, TX 78258** | | | Secured | | | | |
| ACCOUNT NO. | | | | | | X | 6,000.00 |
| **Carol Smith**<br>**2975 Ramblewood Rd.**<br>**Granite Falls, NC 28630** | | | Insider<br>Dispute | | | | |

Sheet no. _1_ of _7_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $ **441,517.71**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **River Hawk Aviation, Inc.** _____     Case No. _____
                                    Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | X | **Unknown** |
| **Carrol Smith** **2975 Ramblewood Rd.** **Granite Falls, NC 28630** | | | **Insider** **Dispute** | | | | |
| ACCOUNT NO. | | | | | | X | **109,847.72** |
| **Chesscom Consultants** **c/o Thomas K. Jolitz** **417 Barlow St.** **Travers City, MI 49686** | | | **Dispute** | | | | |
| ACCOUNT NO. | | | | | | X | **535,543.27** |
| **Colbie Pacific Capital** **10621 Bloomfield, St. 31** **Los Alamitos, CA 90720** | | | **Dispute** | | | | |
| ACCOUNT NO. | | | | | | X | **2,451.35** |
| **DHL** **1210 South Pine Island Rd.** **4th Floor** **Plantation, FL 33324** | | | **Dispute** | | | | |
| ACCOUNT NO. | | | | | | X | **82,862.97** |
| **ECI Holdings Trust** **Attn: Wm. M. Conklin, Trustee** **10127 E. Grandview Ct.** **Travers City, MI 49684** | | | **Dispute** | | | | |

Sheet no. _2_ of _7_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $          **730,705.31**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **River Hawk Aviation, Inc.**                                    Case No. _____
                        Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Executive Air Limited** <br> **Attn: John Ackie** <br> **c/o Fred Devore** <br> **1321 E. Morehead St.** <br> **Charlotte, NC 28204** | | | Dispute | | | X | 180,000.00 |
| ACCOUNT NO. <br><br> **Fiesta Airline Holdings** <br> **Attn: Steven Hintsala** <br> **417 Barlow St.** <br> **Travers City, MI 49686** | | | Dispute | | | X | 7,385.00 |
| ACCOUNT NO. <br><br> **Financial Relations Board** <br> **304 Park Avenue, So.** <br> **New York, NY 10010** | | | Dispute | | | X | 13,750.78 |
| ACCOUNT NO. <br><br> **Global Developments** <br> **Attn: Daniel Baxter** <br> **1960 - 143 St.** <br> **Surrey,British Columbia V4A7Z2** <br> **Canada** | | | Disputed | | | X | 50,000.00 |
| ACCOUNT NO. <br><br> **Internal Revenue Service** <br> **P.O. Box 21126** <br> **Philadelphia, PA 19114-0326** | | | | | | | NPO |

Sheet no. _3_ of _7_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 251,135.78

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **River Hawk Aviation, Inc.** _____    Case No. _____
                              Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Ivan Figueroa<br>c/o Peter J. Porrata<br>Capital Center, S. Tower #602<br>239 Arterial Hostos Avenue<br>San Juan, PR 00918-1476 | | | Disputed | | | X | 0.00 |
| ACCOUNT NO.<br><br>Joan Jolitz<br>417 Barlow St.<br>Traverse City, MI 49686 | | | Dispute | | | X | 263.73 |
| ACCOUNT NO.<br><br>Nall & Miller, LLP<br>235 Peachtree St. NE<br>Suite 1500<br>North Tower<br>Atlanta, GA 30303-1401 | | | Dispute | | | X | 6,810.00 |
| ACCOUNT NO.<br><br>NC Dept. of Revenue<br>P.O. Box 1168<br>Raleigh, NC 27602-1168 | | | | | | | NPO |
| ACCOUNT NO.<br><br>Nordar Ventures, LLC<br>43 Corbin Dr.<br>Darien, CT 06820 | | | Secured | | | | 150,000.00 |

Sheet no. <u>4</u> of <u>7</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $  **157,073.73**

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **River Hawk Aviation, Inc.** _____          Case No. _____
                              Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **Office Ventures, LLC 954 Business Park Dr. Traverse City, MI 49686** | | | Dispute | | | X | 1,126.38 |
| ACCOUNT NO.  **Rhonda Witkop 8128 Worden Rd. Beulah, MI 49617-9784** | | | Dispute | | | X | 3,260.46 |
| ACCOUNT NO.  **Richard Girouard Attn: Tim Butler 43 Corbin Dr. Darien, Connecticut 06820** | | | Insider Dispute | | | X | 208,480.00 |
| ACCOUNT NO.  **Richard Girouard Attn: Tim Butler 43 Corbin Dr. Darlen, Conn. 06820** | | | Dispute | | | X | 6,000.00 |
| ACCOUNT NO.  **Richard Girouard Attn: Tim Butler 43 Corbin Dr. Darien, Connecticut 06820** | | | Insider Dispute | | | X | 44,305.30 |

Sheet no.  5 of 7 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $        263,172.14

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **River Hawk Aviation, Inc.** _____     Case No. _____
                              **Debtor**                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Robert Scott**<br>**954 Business Park Dr., #4**<br>**Travers City, MI 49686** | | | **Insider**<br>**Dispute** | | | X | 123,287.01 |
| ACCOUNT NO.<br><br>**Roger Larreur**<br>**9898 Brightwater Dr.**<br>**Fishers, IN 46038** | | | **Insider** | | | | 6,000.00 |
| ACCOUNT NO.<br><br>**Sky Vantage**<br>**5526 West 13400 So., #207**<br>**Herriman, UT 84096** | | | **Dispute** | | | X | 1,270.00 |
| ACCOUNT NO.<br><br>**Southland Holding Corp.**<br>**Attn: Tom Jolitz**<br>**417 Barlow St.**<br>**Traverse City, MI 49686** | | | **Dispute** | | | X | 767,714.81 |
| ACCOUNT NO.<br><br>**Steven Hinstsala**<br>**417 Barlow St.**<br>**Travers City, MI 49686** | | | **Dispute** | | | X | 2,436.56 |

Sheet no. _6_ of _7_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 900,708.38

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **River Hawk Aviation, Inc.** _____     Case No. _____
                        Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>The Otto Law Group, PLLC<br>Attn: David Otto Trade<br>601 Union St.<br>Suite 4500<br>Seattle, WA 98101 | | | Disputed | | | X | 568,210.37 |
| ACCOUNT NO.<br><br>Thomas C. Cook, LTD<br>500 N. Rainbow Blvd., #300<br>Las Vegas, NV 89107 | | | Dispute | | | X | 8,475.00 |
| ACCOUNT NO.<br><br>Tom Jolitz<br>417 Barlow St.<br>Traverse City, MI 49686 | | | Dispute | | | X | 64,837.28 |
| ACCOUNT NO.<br><br>UTMI, Inc.<br>6472 S. Straits Hwy.<br>Indian River, MI 49749 | | | Dispute | | | X | 631.05 |
| ACCOUNT NO.<br><br>WS Holdings<br>c/o Rhonda Witkop<br>8128 Worden Rd.<br>Beulah, MI 49617-9784 | | | Dispute | | | X | 82,908.41 |

Sheet no. _7_ of _7_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $          725,062.11

Total  ➤  $       6,846,877.35

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6 Summary (Official Form 6 - Summary) (12/07)**

# United States Bankruptcy Court
## Western District of North Carolina
## Wilkesboro Division

In re **River Hawk Aviation, Inc.** _____,   Case No. _____
                    Debtor

                                                            Chapter   __11__

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | NO | 0 | $          0.00 | | |
| B - Personal Property | NO | 0 | $          0.00 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | NO | 0 | | $          0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | NO | 0 | | $          0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 8 | | $     6,846,877.35 | |
| G - Executory Contracts and Unexpired Leases | NO | 0 | | | |
| H - Codebtors | NO | 0 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 8 | $          0.00 | $     6,846,877.35 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Western District of North Carolina
### Wilkesboro Division

In re  **River Hawk Aviation, Inc.**                    Case No. _____

_____
Debtor                                                 Chapter    **11**    _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount | |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | **0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | **0.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | **0.00** |
| Student Loan Obligations (from Schedule F) | $ | **0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ | **0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | **0.00** |
| TOTAL | $ | **0.00** |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | **0.00** |
| Average Expenses (from Schedule J, Line 18) | $ | **0.00** |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | **0.00** |

**United States Bankruptcy Court**
**Western District of North Carolina**
**Wilkesboro Division**

In re   **River Hawk Aviation, Inc.**

Debtor

Case No. _____

Chapter   **11**   _____

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 6,846,877.35 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 6,846,877.35 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **River Hawk Aviation, Inc.** _____          Case No. _____
                                    **Debtor**                                              **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **Calvin Humphrey**, the **Secretary** of the **Corporation** named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**9**_____ sheets *(Total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date ___**5/18/2011**_____          Signature:  **s/ Calvin Humphrey** _____

                                                  **Calvin Humphrey Secretary** _____
                                                  [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*